NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREEN EDGE ENTERPRISES, LLC,**
*Plaintiff/Counterclaim Defendant,*

**v.**

**RUBBER MULCH ETC., LLC,
GROUNDSCAPE TECHNOLOGIES, LLC,
AND RUBBER RESOURCES, LTD., LLP,**
*Defendants/Counterclaimants,*

**v.**

**INTERNATIONAL MULCH COMPANY
AND MICHAEL MILLER,**
*Counterclaim Defendants-
Appellees,*

**v.**

**JUDY SMITH,**
*Counterclaim Defendant,*

**AND**

**LEE GREENBERG,**
*Counterclaim Defendant-
Appellant.*

Appeal from the United States District Court for the Eastern District of Missouri in case no. 02-CV-0566, Magistrate Judge Terry I. Adelman.

2012-1539

## ON MOTION

## O R D E R

International Mulch Company and Michael Miller move to dismiss the appeal because Green Edge Enterprises, LLC has no legal representation. International Mulch Company and Michael Miller state that Green Edge Enterprises, LLC opposes.

On July 20, 2011, the United States District Court for the Eastern District of Missouri granted Green Edge Enterprises, LLC's counsel's motion to withdraw as counsel. No substitute counsel subsequently entered an appearance in the case. Green Edge Enterprises, LLC's notice of appeal to this court is signed by Lee Greenberg, "Managing Member" of Green Edge Enterprises, LLC and no counsel has filed an entry of appearance for Green Edge Enterprises, LLC.

Federal Circuit Rule 47.3(a) allows an individual to represent himself or herself, but prohibits a corporation, partnership, organization, or other legal entity from doing so. *See also Int'l Inst. for Fundamental Studies, Inc. v. United* States, 222 Ct. Cl. 626, 630-31 (1980).

Upon consideration thereof,

It Is Ordered That:

(1) International Mulch Company and Michael Miller's motion to dismiss is denied.

(2) New counsel for Green Edge Enterprises, LLC shall file an entry of appearance within 60 days of the

date of this order. Failure to do so will result in dismissal of the appeal.

(3) The briefing schedule is stayed.

FOR THE COURT

SEP 1 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lee Greenberg
Keith A. Rabenberg, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK